**Affirmed and Memorandum Opinion filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00921-CR

**JAMES MUSGROVE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause No. 68992**

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of two counts of assault on a public servant and one count of attempted escape. On original submission, this court affirmed appellant's assault convictions, reversed the punishment portion of his attempted escape conviction and remanded for a new punishment hearing. The trial court held a hearing before a jury on appellant's punishment. The jury assessed punishment at

two years' confinement in State Jail and a $5,000 fine. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On July 6, 2016, appellant filed a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).